1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 218
   San Jose, California 95112
3  Phone:  (408) 277-0648
   Fax:     (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11  GERALD  PFEIFFER  AND  WILLIAM  T.)    CASE NO.: CV12-05319 PSG
    BARROW,   AS   TRUSTEES   OF   THE)
12  INTERNATIONAL   BROTHERHOOD   OF)    CASE MANAGEMENT
    ELECTRICAL   WORKERS   LOCAL   332)    CONFERENCE STATEMENT
13  HEALTH  AND  WELFARE  AND  PENSION)    AND ~~PROPOSED~~ ORDER
    TRUST FUNDS, NEBF, JEIF, NECA SERVICE)
14  CHARGE, NECA, DUES CHECK OFF AND)
    APPRENTICESHIP   TRAINING   TRUST)    Date:   December 18, 2012
15  FUNDS,                               )    Time:   2:00 P.M.
                                         )    Place:  Courtroom 5, 4th Floor
16                          Plaintiffs,  )
                                         )
17  vs.                                  )
                                         )
18  HONG LIU CAI, individually and doing business)
    as H Q C Electric,                   )
19                                       )
                          Defendant(s).  )
20  _____ )

21

22         Plaintiff in the above-entitled action submits this Case Management Statement and

23  proposed order, and requests that the court adopt it as the Case Management Order in this case.

24  Defendant has been served. Default has been entered.

25                           **DESCRIPTION OF THE CASE**

26         This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

27  Funds. Plaintiffs would like to continue the case until February 5, 2013 to prepare and file

28  documents for a default judgment. Plaintiffs expect to file documents for a default judgment

**Law Office of Sue
Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112**

                                         1
CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER
No. CV12-05319 PSG

1  within the next 30 days. Therefore, Plaintiffs request that the case be continued until February

2  5, 2013, for another Case Management Conference.

3

4                                          Respectfully submitted,

5  Dated: December 11, 2012            /S/
                                       SUE CAMPBELL
6                                      Attorney for Plaintiff

7

8                              **ORDER**

9       The Case Management Conference is hereby continued to February 5, 2013, at 2:00 P.M.,

10 in Courtroom 5, 4th Floor.  Plaintiff will file an update and proposed action seven (7) days prior

11 to the Case Management Conference.

12

13

14 Dated: December 17, 2012        Paul S. Grewal, U.S. Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Law Office of Sue Campbell**
**1155 N. First St,**
**Ste. 218**
**San Jose, CA 95112**

2

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER
No. CV12-05319 PSG