SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone:  (408) 277-0648
Fax:     (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PFEIFFER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS, | CASE NO.: CV12-05319 PSG |
| | CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER |
| Plaintiffs, | Date:   December 18, 2012 |
| vs. | Time:   2:00 P.M. |
| HONG LIU CAI, individually and doing business as H Q C Electric, | Place:  Courtroom 5, 4th Floor |
| Defendant(s). | |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendant has been served. Default has been entered.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until February 5, 2013 to prepare and file documents for a default judgment. Plaintiffs expect to file documents for a default judgment

1  within the next 30 days. Therefore, Plaintiffs request that the case be continued until February

2  5, 2013, for another Case Management Conference.

3

4                                          Respectfully submitted,

5  Dated: December 11, 2012                  /S/
                                           SUE CAMPBELL
6                                          Attorney for Plaintiff

7

8                                **ORDER**

9          The Case Management Conference is hereby continued to February 5, 2013, at 2:00 P.M.,

10  in Courtroom 5, 4th Floor.  Plaintiff will file an update and proposed action seven (7) days prior

11  to the Case Management Conference.

12

13

14  Dated: December 17, 2012

15                                         Paul S. Grewal, U.S. Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**Law Office of Sue
Campbell
1155 N. First St,
Ste. 218
San Jose, CA 95112**

                                              2
CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER
No. CV12-05319 PSG